**UNITED STATES BANKRUPTCY COURT**
**District of Arizona (Phoenix)**

In re:

Debtor(s)

CHRIS JANICE SMITH

Case No.: 10-14739                                              Loan Number (Last 4): 0951

Chapter: 13

**NOTICE OF PAYMENT CHANGE**

Wells Fargo Home Mortgage, its successor or assign, hereby gives its Notice of Payment Change as follows:

| | | |
|---|---|---:|
| Payment Change Reason: | | Escrow |
| Effective Date of New Payment: | | March 01, 2011 |
| Current Monthly Payment: | Principal and Interest | $669.00 |
| | Tax and Other Amount | $109.11 |
| | Mortgage Insurance | $52.02 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $97.56 |
| | Total Payment Amount | $927.69 |
| New Monthly Payment: | Principal and Interest | $669.00 |
| | Tax and Other Amount | $87.92 |
| | Mortgage Insurance | $52.02 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $52.35 |
| | Total Payment Amount | $861.29 |

Specific Contact Information:                    Teresa Diaz-Cochran

Adriana Gitchel                                  Wells Fargo Home Mortgage

Phone: 800-257-5645                              MAC X7801-014 3476 Stateview Blvd.

Fax:                                             Fort Mill, SC 29715

Email:

Telephone: 800-257-5645

Fax:

Email Address:

Date: February 10, 2011

By: /s/ Teresa Diaz-Cochran

0-b4f367dd-b81c-47db-ab4b-850b52abb138



WELLS FARGO HOME MORTGAGE
PO Box 14547
Des Moines, IA 50306-3547

**For Informational Purposes**

**ESCROW DISCLOSURE STATEMENT
AND NOTICE OF NEW MORTGAGE PAYMENT**
Customer Service: (800) 340-0473
TTY Deaf/Hard of Hearing: (800) 934-9998

*Customer Service Hours:*
Mon-Fri    6am to 10pm
Saturday    8am to 2pm
Central Time

013280
CHRIS JANICE SMITH
14018 N 58TH LANE
GLENDALE AZ  85306

Loan Number: ████████

Disclosure Statement Date: 12/06/10
Next Monthly Payment Due: 04/01/10

**Client#: 708**

| New Payment Effective Date: | 03/01/11 |
| --- | --- |
| | Current Monthly Payment | New Monthly Payment |
| Principal &/or Interest | 669.00 | 669.00 |
| Escrow | 258.69 | 192.29 |
| **Total Payment** | **$927.69** | **$861.29** |

### Low Point Summary

*The **Allowable Low Point** is the amount allowed by the Real Estate Settlement Procedures Act (RESPA), the mortgage loan documents, or by state law, if applicable. (excludes Mortgage Ins)*

| Projected Low Point | | 104.57- |
| --- | --- | --- |
| Escrow Adjustment | (+) | 1,638.43** |
| Allowable Low Point | (-) | 280.54 |
| Escrow Surplus | (=) | **$1,253.32** |

**An escrow adjustment of $1,638.43, scheduled to be repaid through the bankruptcy, is included in this calculation.

### Anticipated Escrow Disbursements

Items to be paid from the escrow account:

| MORTGAGE INS | 624.24 |
| --- | --- |
| COUNTY TAX | 1,055.00 |
| HAZARD INS | 628.18 |
| Total Disbursement(s): | $2,307.42 |
| Monthly Escrow Deposit: | $192.29 |

The Monthly Deposit was calculated by dividing the Total Disbursement(s) by 12.

Each year Wells Fargo Home Mortgage reviews the escrow account to determine if the current monthly payment amounts are sufficient to cover the projected property taxes and/or insurance premiums. Increases or decreases in the annual tax and/or insurance amounts may cause the monthly mortgage payment to change. The monthly mortgage payment may also change if the loan totals include an adjustable rate feature or buydown assistance.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and however we have a security interest in the property and will only exercise our rights as against the property.

If you have received a discharge and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from you personally.

The section below reflects the anticipated escrow activity for the coming 12 months. See the reverse side for actual escrow history. Projected figures are based on information provided by sources which may include: the last tax or insurance payments disbursed, or figures provided to Wells Fargo Home Mortgage by your closing agent.

#### Escrow Account Projection for the Coming Year

| | Anticipated Activity | | | Escrow Balance Comparison | |
| --- | --- | --- | --- | --- | --- |
| Month | Payments To Escrow | Payments From Escrow | Description | Projected Balance | Required Balance |
| MAR/11 | Beginning Balance | | | 630.30 | 1,015.41 |
| MAR/11 | 192.29 | 52.02 | FHA INSURANC | 770.57 | 1,155.68 |
| APR/11 | 192.29 | 52.02 | FHA INSURANC | 910.84 | 1,295.95 |
| APR/11 | | 527.50 | COUNTY TAXES | 383.34 | 768.45 |
| MAY/11 | 192.29 | 52.02 | FHA INSURANC | 523.61 | 908.72 |
| **MAY/11** | | **628.18** | **HAZARD INS** | **104.57-** | **280.54** * |
| JUN/11 | 192.29 | 52.02 | FHA INSURANC | 35.70 | 420.81 |
| JUL/11 | 192.29 | 52.02 | FHA INSURANC | 175.97 | 561.08 |
| AUG/11 | 192.29 | 52.02 | FHA INSURANC | 316.24 | 701.35 |
| SEP/11 | 192.29 | 52.02 | FHA INSURANC | 456.51 | 841.62 |
| OCT/11 | 192.29 | 52.02 | FHA INSURANC | 596.78 | 981.89 |
| OCT/11 | | 527.50 | COUNTY TAXES | 69.28 | 454.39 |
| NOV/11 | 192.29 | 52.02 | FHA INSURANC | 209.55 | 594.66 |
| DEC/11 | 192.29 | 52.02 | FHA INSURANC | 349.82 | 734.93 |
| JAN/12 | 192.29 | 52.02 | FHA INSURANC | 490.09 | 875.20 |
| FEB/12 | 192.29 | 52.02 | FHA INSURANC | 630.36 | 1,015.47 |
| **Total** | **2,307.48** | **2,307.42** | | *Allowable Low Point Balance | |

These calculations indicate the projected escrow balance will be more than the allowable low point. The resulting surplus is $1,253.32.

The escrow account history is located on the back.



**For Informational Purposes**

**IMPORTANT INFORMATION REGARDING THE ESCROW SURPLUS**

CHRIS JANICE SMITH
14018 N 58TH LANE
GLENDALE AZ  85306

*Unless the account is contractually current at the time of this Disclosure Statement, the $1,253.32 is only a projected surplus. If the loan is not contractually current, no refund is due.*

Loan #: ████████        Client#: 708

For Informational Purposes

## ESCROW ACCOUNT HISTORY

This is a review of the activity in the escrow account. It also compares our projections from the last review with the actual payments we made from the account.
An asterisk (*) indicates where a difference exists between the projected and actual account activity. The letter E beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown. Payments are shown in the month received and not their month due. Please save this statement for comparison to the next analysis.
Please direct any questions to Customer Service at (800) 340-0473.

| Month | Payments to Escrow Account Projected | Actual | Payments from Escrow Account Projected | Description | Actual | Escrow Account Balance Projected | Actual |
|---|---|---|---|---|---|---|---|
| JUL/10 | Beginning Balance | | | | | 420.75 | 2,040.79- |
| JUL/10 | 192.29 | 0.00 * | 52.02 | FHA INSURANC | 0.00 * | 561.02 | 2,040.79- |
| JUL/10 | 0.00 | 0.00 | 0.00 | FHA INSURANC | 52.02 * | 561.02 | 2,092.81- |
| AUG/10 | 192.29 | 192.29 | 52.02 | FHA INSURANC | 0.00 * | 701.29 | 1,900.52- |
| AUG/10 | 0.00 | 0.00 | 0.00 | FHA INSURANC | 52.02 * | 701.29 | 1,952.54- |
| SEP/10 | 192.29 | 192.29 | 52.02 | FHA INSURANC | 0.00 * | 841.56 | 1,760.25- |
| SEP/10 | 0.00 | 0.00 | 0.00 | FHA INSURANC | 52.02 * | 841.56 | 1,812.27- |
| OCT/10 | 192.29 | 192.29 | 52.02 | FHA INSURANC | 0.00 * | 981.83 | 1,619.98- |
| OCT/10 | 0.00 | 0.00 | 527.50 | COUNTY TAXES | 527.50 | 454.33 | 2,147.48- |
| OCT/10 | 0.00 | 0.00 | 0.00 | FHA INSURANC | 52.02 * | 454.33 | 2,199.50- |
| NOV/10 | 192.29 | 192.29 | 52.02 | FHA INSURANC | 0.00 * | 594.60 | 2,007.21- |
| NOV/10 | 0.00 | 0.00 | 0.00 | FHA INSURANC | 52.02 * | 594.60 | 2,059.23- |
| DEC/10 | 192.29 | 2,328.21 E | 52.02 | FHA INSURANC | 0.00 E | 734.87 | 268.98 |
| DEC/10 | 0.00 | 0.00 | 0.00 | FHA INSURANC | 52.02 * | 734.87 | 216.96 |
| JAN/11 | 192.29 | 258.69 E | 52.02 | FHA INSURANC | 52.02 E | 875.14 | 423.63 |
| FEB/11 | 192.29 | 258.69 E | 52.02 | FHA INSURANC | 52.02 E | 1,015.41 | 630.30 |
| MAR/11 | 192.29 | 0.00 * | 52.02 | FHA INSURANC | 0.00 * | 1,155.68 | 0.00 |
| APR/11 | 192.29 | 0.00 * | 52.02 | FHA INSURANC | 0.00 * | 1,295.95 | 0.00 |
| APR/11 | 0.00 | 0.00 | 527.50 | COUNTY TAXES | 0.00 * | 768.45 | 0.00 |
| MAY/11 | 192.29 | 0.00 * | 52.02 | FHA INSURANC | 0.00 * | 908.72 | 0.00 |
| MAY/11 | 0.00 | 0.00 | 628.18 | HAZARD INS | 0.00 * | 280.54 | 0.00 |
| JUN/11 | 192.29 | 0.00 * | 52.02 | FHA INSURANC | 0.00 * | 420.81 | 0.00 |

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

CHRIS JANICE SMITH
14018 N. 58TH LANE
GLENDALE, AZ 85306

Debtor's Attorney:

CHRIS JANICE SMITH (PRO SE)
14018 N. 58TH LANE
GLENDALE, AZ 85306

Trustee:

EDWARD J. MANEY
P.O. BOX 10434
PHOENIX, AZ 85064-0434

/s/ Bill Taylor

As Authorized Agent for Filer

0-b4f367dd-b81c-47db-ab4b-850b52abb138